

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: SEBRA GONZALEZ, | § | No. 08-18-00217-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |

## **O R D E R**

Pending before the Court is Relator's motion for emergency relief requesting a stay of the bench trial scheduled for December 5, 2018 in cause number 2016DCM1045. The motion is DENIED.

IT IS SO ORDERED this 5h day of December, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, Palafox, JJ.